FILED
2024 Mar-01 AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/DSM: MAR. 2024
GJ# 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| ANTONIO TAVORIS WILLIS, JR. | ) |

## <u>INDICTMENT</u>

**COUNT ONE:** **[18 U.S.C. §§ 922(o) and 924(a)(2)]**

The Grand Jury charges that:

On or about the 13th day of September 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**ANTONIO TAVORIS WILLIS, JR.,**

did knowingly transfer and possess a machinegun, that is, a **machinegun conversion device** (bearing neither manufacturer marks of identification nor serial number) designed and intended solely and exclusively for use in converting a semiautomatic Glock-style handgun into a machinegun capable of automatically firing more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

NOTICE OF FORFEITURE
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1.  The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of the offense charged in Count One of this Indictment for violation of 18 U.S.C. § 922(o), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **machinegun conversion device, and any associated magazines and ammunition.**

A TRUE BILL

/s/ electronic signature
FOREPERSON OF THE GRAND JURY

                                            PRIM F. ESCALONA
                                            United States Attorney

                                            /s/ electronic signature
                                            DANIEL S. MCBRAYER
                                            Assistant United States Attorney